RECEIVED
IN ALEXANDRIA, LA
MAY -4 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

Alexandria DIVISION

| | |
|---|---|
| Getzell Johnson Murrell | DOCKET NO. 1:05 CV 2143 |
| | SECTION P |
| VS. | JUDGE DRELL |
| Fredrick Menifee | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C.1915(e)(2).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 4th day of MAY, 2006.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**